C. C. P. A. 33, C. A. D. 525). Upon the agreed statement of facts and following the cited decisions, the claim of the plaintiff was sustained.

No. 58583.—Albert Bonnier Publishing House, Inc., and Milton Snedeker Corp. et al. v. United States, protests 168925–K, etc. (New York).

Opinion by Rao, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under said paragraph 1413, as modified, *supra*.

No. 58584.—Eskil Halle and George G. Lippelgoes v. United States, protest 210874–K (New York).

Opinion by Rao, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under said paragraph 1413, as modified, *supra*.

BEFORE THE THIRD DIVISION, DECEMBER 9, 1954

No. 58585.—Austin Nichols & Co., Inc., et al. v. United States, protests 167878–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 58586.—Williams Importers Div. of R. C. Williams & Co., Inc., et al. v. United States, protests 170407–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58587.**—Canada Dry Ginger Ale, Inc. *v.* United States, protests 172729–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58588.**—Canada Dry Ginger Ale, Inc. *v.* United States, protests 208887–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58589.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 219003–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58590.**—Phillips Chemical Co. and R. W. Smith *v.* United States, protest 188327–K (Galveston).